AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Cindy Fitchett-DOB: xx/xx/xxxx; Michael Curzio-DOB: xx/x/xxxx; Douglas Sweet-DOB: xx/xx/xxxx; Terry Brown-DOB: xx/xx/xxxx; Bradley Rukstales-DOB: xx/xx/xxxx; and Thomas Gallgher-DOB: xx/xx/xxxx<br><br>_____<br>Defendant(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case: 1:21-MJ-00012<br>Assigned to: Judge G. Michael Harvey<br>Assigned Date: 1/7/2021<br>Description: COMPLAINT W/ ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the
_____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1752 (a) | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority; or Knowingly, With Intent to Impede Government Business or Official Functions, Engaging in Disorderly Conduct on Capitol Grounds |
| 40 U.S.C. 5104 (e)(2) | Violent Entry and Disorderly Conduct on Capitol Grounds |

This criminal complaint is based on these facts:

See attached statement of facts.

✔ Continued on the attached sheet.

_____
Complainant's signature

Joseph Bruno, United States Capitol Police
_____
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: __January 7, 2021__

_____
Judge's signature

City and state: __Washington, District of Columbia__    G. Michael Harvey, U.S. Magistrate Judge
_____
Printed name and title