AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. |
| Cindy Fitchett | ) |
|  | ) |
|  | ) |
|  | ) |
| Defendant | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Cindy Fitchett                                                                 ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority; or Knowingly, With Intent to Impede Government Business or Official Functions, Engaging in Disorderly Conduct on Capitol Grounds

40 U.S.C. 5104 (e)(2) - Violent Entry and Disorderly Conduct on Capitol Grounds

Date:    01/07/2021                                    _____/s/ Joseph Bruno_____
                                                                        *Issuing officer's signature*

City and state:    Washington, DC                          Officer Joseph Bruno, MPD
                                                                        *Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* 1-12-2021
at *(city and state)* Suffolk, VA _____.

Date: 1-12-2021                                            FBI Arrest
                                                                        *Arresting officer's signature*

                                                                        Remote IA
                                                                        *Printed name and title*