NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C.  20001**

UNITED STATES OF AMERICA

vs.

Criminal Number  1:21MJ12

Cindy Fitchett
            (Defendant)

TO:    ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED
ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐   CJA          ☒   RETAINED          ☐   FEDERAL PUBLIC DEFENDER

_____
            *(Signature)*

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Peter D. Greenspun, 18052
            *(Attorney & Bar ID Number)*
Greenspun Shapiro PC
_____
            *(Firm Name)*
3955 Chain Bridge Road
            *(Street Address)*
Fairfax, VA 22030
   *(City)*        *(State)*        *(Zip)*
703-352-0100
            *(Telephone Number)*